# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Ayana Efia Clark | **Case No :** | 12–38324 – D – 7 |
| | | **Date :** | 5–8–13 |
| | | **Time :** | 10:00 a.m. |
| **Matter :** | [35] – Motion/Application to Reopen Chapter 7 Bankruptcy Case Filed by Debtor Ayana Efia Clark (Fee Paid $260) (jrus) | | |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Nancy Williams | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the motion is denied as moot.

Dated: May 10, 2013

_Robert S. Bardwil, Judge_
United States Bankruptcy Court